## SUPREME COURT.

SARATOGA AND WASHINGTON RAILROAD Co. agt. McCOY AND
OTHERS, School District Trustees.

The opinion of Mr. Justice HAND, in Barber agt. Crossett, (6 *Howard's Pr. R.*
45,) holding that where an officer, sued as such, succeeds in the action, he is
entitled to *double costs, affirmed* in this case, at *general term,* January, 1854,
4th District.

*Montgomery General Term, January,* 1854.   Present Justices
HAND, CADY, ALLEN and JAMES.

*Motion for double costs.*   The action was brought to recover
certain property taken and sold by virtue of a tax warrant,
issued by the defendants as trustees of School District No. 1,
in the town of Fort Edward.   Upon the trial of the action, at
the Washington county circuit. held in February last, the
plaintiffs were non suited.

The defendants, at the last Schenectady special term, moved
for double costs, and on account of the conflicting decisions, at
special term, on the subject, the justice who held that term,
made an order sending the motion to this term for decision.

WAIT & PARRY, *for Defendants.*
WM. L. F. WARREN, *for Plaintiff.*

The Court, (JAMES, Justice,) after consultation, granted the
motion, (CADY, Justice, dissenting,) adopting the opinion of
Justice HAND, in the case of Barber agt. Crossett, (6 *How. Pr.
R.* 45,) and holding that when an officer, sued as such, suc-
ceeds in the action, he is entitled to double costs.   That sec-
tion 24, 2 *R. S.* 617, is not repealed by section 303 of the
Code; nor is it inconsistent with section 468, but is in full force
and effect.